**E-FILED on**   4/10/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL A. HARPER,<br><br>    Plaintiff,<br><br>        v.<br><br>RICHARD WIEKING,<br><br>    Defendant. | No. C-04-04314 RMW<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>**[Re Docket Nos. 23, 24]** |

On October 13, 2004, plaintiff initiated this action against court clerk Richard Wieking.  The court dismissed plaintiff's complaint on December 13, 2004.  After an unsuccessful appeal to the Ninth Circuit, plaintiff now moves for default judgment.

This case is closed.  Plaintiff's motion is denied.


DATED:      4/7/06                             /s/ Ronald M. Whyte
                                            RONALD M. WHYTE
                                            United States District Judge

ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT—C-04-04314 RMW
JAH

1  **Notice of this document has been sent to:**

2  **Plaintiff (*pro se*):**

3  Paul A. Harper
2552 Cedar Avenue
4  Apt. A
Long Beach, CA 90806
5

6

7

8
**Dated:**          4/10/06                              /s/ JH
9                                                      **Chambers of Judge Whyte**

10